**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                              CASE NO. 18-22515-BKC-JKO
                                                                    CHAPTER 13
FITZROY BENJAMIN
_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**
**AND CERTIFICATE OF SERVICE OF COURT-GENERATED NOTICE OF HEARING**
**UPON FILING OF INSTANT MOTION**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3-1 | U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust | $529,779.08 | The creditor filed a secured proof of claim which reflected a regular payment in the amount of $2,580.95.  That payment was comprised of a principal and interest payment of $1,009.65, plus escrows of $1,481.30.  Since that time the Debtor has provided an insurance binder which reduces the monthly insurance premium from $990.46 to $538.42.  The insurance binder and reduced monthly payment was processed by the lender's insurance department during the MMM process. Accordingly, the Debtor hereby objects to the proof of claim and requests that a Notice of Payment Change be filed.<br><br>Sustain Objection and reduce the regular monthly PITI payment from $2,580.95 to $2,128.91. |

LF-70 (rev. 12/01/09)

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

### CERTIFICATE OF SERVICE *AND COMPLIANCE WITH LOCAL RULES 3015-3(A)(1) AND 9073-1(D)*

I hereby certify that a copy of this Objection and the Notice of Hearing Generated by the Court upon filing of instant motion will be served pursuant to Bankruptcy Rule 7004 on the Chapter 13 trustee and the following affected parties in the manner described below on this 29th day of July, 2019 and that I have conferred with opposing counsel in an attempt to resolve these issues before requesting this hearing:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

**Served Upon:**

**Via CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Stefan Beuge, Esq. on behalf of Creditor U.S. Bank Trust,
N.A., as Trustee for Lsf8 Master Participation Trust
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Nathalie C. Rodriguez on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for Lsf8 Master Participation Trust
nrodriguez@rasflaw.com

Christopher P Salamone on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for Lsf8 Master Participation Trust
csalamone@rasflaw.com, csalamone@rasflaw.com

**Via US Mail:**
Sindi Mncina
RAS Crane, LLC
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097

LF-70 (rev. 12/01/09)

Dated: July 29, 2019
          LAW OFFICES OF LLOYD A. BARON,P.A.
          Attorneys for Debtor(s)
          10100 West Sample Rd., #300
          Coral Springs, FL 33065
          (954) 796-2100

          By: /s/ Lloyd A. Baron
              Lloyd A. Baron
              Florida Bar No. 790974

LF-70 (rev. 12/01/09)