UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

FITZROY BENJAMIN,　　　　　　　　　　　　Case No.:　18-22515-PDR
　　　　　　　　　　　　　　　　　　　　　　Chapter:　13
　　Debtor.
_____/

## MOTION TO CONFIRM TERMINATION OF STAY

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, serviced by Fay Servicing, LLC ("Secured Creditor"), by and through undersigned counsel, requests an Order Compelling Modified Plan, or in the alternative, an Order Dismissing Case and states as follows:

1.　**Debtor's Bankruptcy Case:**　This case was commenced by the filing of a voluntary Chapter 13 petition on October 9, 2018 (the "Petition Date") by Fitzroy Benjamin (the "Debtor").

2.　**Collateral:**　Secured Creditor holds a mortgage lien against the Debtor's real property located at 18623 SW Seventh St, Pembroke Pines, Florida 33029 (the "Property").

3.　**Claim:**　Secured Creditor timely filed Proof of Claim #3-1 on December 14, 2018, illustrating pre-petition arrears in the amount of $75,114.23.

4.　**Mediation:**　The Debtor filed a Motion for Mortgage Modification Mediation ("MMM") (Doc. No. 52) on April 10, 2019. The Order Granting Verified Motion for Referral to Mortgage Modification (the "MMM Order") (Doc. No. 54) was entered on April 10, 2019. A second MMM Motion was filed November 27, 2019 (Doc. No. 105) and a second MMM Order was entered December 12, 2019 (Doc. No. 108). The Report of No Agreement (Doc. No. 125)

was filed on February 04, 2021. A third MMM Motion was filed February 04, 2021 (Doc. No. 1124) and the MMM Order was entered February 19, 2021 (Doc. No. 129). The Final Report of No Agreement was (Doc. No. 142) was filed on August 26, 2021.

5. <u>Confirmed Plan:</u>   The Debtor's Thirteenth Modified Plan (Doc. No. 149) provides for surrender of the subject property.

6. <u>Motion:</u>   Secured Creditor seeks confirmation that the automatic stay terminated with the confirmation of the thirteenth modified plan (Doc. No. 151)

7. <u>Relief Requested:</u>   Secured Creditor requests that the Court enter the Order Confirming Termination of Stay.

WHEREFORE, the Secured Creditor requests the entry of an Order Confirming Termination of Stay and such further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By:   /s/ *Toni Townsend*
Toni Townsend
FL Bar No. 1022285
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL   33301
(312) 476-5174
Toni.Townsend@McCalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 20, 2021 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Fitzroy Benjamin, 18623 SW 7 St., Pembroke Pines, FL 33029.

By: */s/ Toni Townsend*
Toni Townsend